
NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOINE GOMIS, | ) | No. C 04-1008 JW (PR) |
|              Petitioner, | ) | ORDER DENYING CERTIFICATE |
|   vs. | ) | OF APPEALABILITY; DENYING |
| | ) | MISCELLANEOUS MOTIONS |
| SANTA CLARA COUNTY JAIL, | ) | docket no. 14 |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
|              Respondent. | ) | |

On March 12, 2004, Petitioner, formerly incarcerated at the Santa Clara County jail, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 or 2241. On February 4, 2005, the Court ordered Petitioner to file an amended complaint within thirty days. Plaintiff was notified that failure to respond within thirty days would result in the dismissal of this action. Thereafter, on February 8, 2005, the Court's notice was returned with a notification from the facility that Petitioner was no longer in custody there. On April 20, 2005, the Court dismissed the case based upon Petitioner's failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The Court also issued a judgment. On March 23, 2006, Petitioner filed a

1  notice of appeal and miscellaneous motions (see docket no. 14).

2  The Court construes the notice of appeal as a request for a certificate of appealability
3  pursuant to 28 U.S.C. § 2253 (c) and Federal Rule of Appellate Procedure 22(b).  See United
4  States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).  The Court denies the certificate of
5  appealability.

## DISCUSSION

7  Upon the filing of a notice of appeal and a request for a certificate of appealability
8  (COA), the district court shall indicate which specific issue or issues satisfy the standard for
9  issuing a certificate, or state its reasons why a certificate should not be granted.  See United
10  States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C. §2253(c)(3)).

11  The Court dismissed the instant petition based upon Petitioner's failure to keep the Court
12  apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute
13  this matter pursuant to Fed. R. Civ. P. 41(b).  Petitioner has not shown "that jurists of reason
14  would find it debatable whether the petition states a valid claim of the denial of a constitutional
15  right and that jurists of reason would find it debatable whether the district court was correct in its
16  procedural ruling."  Slack v. McDaniel, 120 S. Ct. 1595, 1604 (2000).  Accordingly, the Court
17  DENIES the certificate of appealability.

18  Further, the Court DENIES the miscellaneous motions, without prejudice to renew the
19  motions in the appellate court, if appropriate.  The Clerk shall transmit the file, including a copy
20  of this order, to the Court of Appeals.  See Fed. R. App. P. 22(b).[1]

22  DATED: April 25, 2006

   /s/ James Ware
   JAMES WARE
   United States District Judge

---

[1]  Petitioner may then ask the Court of Appeals to issue the certificate, see Fed. R. App. P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, see Fed. R. App. P. 22(b)(2).

This is to certify that this order was mailed to the following:

Dr. Antoine Gomis
112207
P.O. Box 1031
Marysville, CA 95901-1031

dated: 04/25/06                    CLERK OF COURT

By: ____/s/_____
     Melissa Peralta
     Deputy Clerk

Order Denying Certificate of Appealability ; Denying Miscellaneous Motions
P:\PRO-SE\SJ.Jw\HC.04\gomis1008coa.wpd